CHARLEY CLAY v. THE STATE.

No. 4683. Decided October 17, 1917.

**Burglary—Escape of Appellant.**

Where the proper affidavit is filed showing the escape of the appellant, the appeal must be dismissed,

Appeal from the District Court of Grayson. Tried below before the Hon. C. T. Freeman.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*A. P. Caywood,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—Appellant appeals from a conviction for burglary. The State, through the Assistant Attorney General, has filed a motion to dismiss the appeal on account of the escape of the appellant. Accompanying the motion is an affidavit made by the sheriff, in compliance with article 913 of the Code of Criminal Procedure, reporting the escape of the appellant, and in consequence of these facts, and in obedience to article 912 of the Code of Criminal Procedure, the appeal is dismissed.

*Dismissed.*